**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  BRUCE E. WALKER                §        Case No. 16-81573
                                       §
                                       §
                                       §
       Debtor(s)                       §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 06/29/2016.

2) The plan was confirmed on 12/19/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was converted on 05/30/2018.

6) Number of months from filing or conversion to last payment: 22.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,114.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 28,025.00 | |
| Less amount refunded to debtor(s) | $ 1,103.88 | |
| **NET RECEIPTS** | | $ 26,921.12 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 2,342.81 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 6,342.81 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| PORTFOLIO RECOVERY | Sec | 17,462.00 | 17,219.96 | 408.15 | 408.15 | 12.90 |
| ILLINOIS DEPARTMENT OF | Pri | 936.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 1,860.00 | 643.78 | 643.78 | 643.78 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 117.80 | 117.80 | 16.09 | 0.00 |
| IRS | Pri | 401.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 4,860.00 | 6,994.33 | 6,994.33 | 6,994.33 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 99.39 | 99.39 | 15.07 | 0.00 |
| BECKET & LEE LLP | Uns | 293.00 | 974.87 | 974.87 | 177.07 | 0.00 |
| BECKET & LEE LLP | Uns | 1,577.00 | 1,643.85 | 1,643.85 | 298.58 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 1,775.00 | 1,975.89 | 1,975.89 | 358.89 | 0.00 |
| AVANT INC. | Uns | 3,078.00 | 3,113.43 | 3,113.43 | 565.50 | 0.00 |
| BARCLAYS BANK DELAWARE | Uns | 470.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 594.00 | 621.94 | 621.94 | 112.96 | 0.00 |
| BK OF AMER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 1,443.71 | 1,443.71 | 262.22 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 587.00 | 587.08 | 587.08 | 97.82 | 0.00 |
| CAPITAL ONE BANK USA N | Uns | 768.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK USA NA | Uns | 796.00 | 828.91 | 828.91 | 150.56 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 2,023.00 | 2,023.05 | 2,023.05 | 367.46 | 0.00 |
| CASHNETUSA.COM | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| CASTLEPAYDAY.COM | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 185.00 | 185.55 | 185.55 | 30.92 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 572.00 | 572.75 | 572.75 | 95.44 | 0.00 |
| CBNA | Uns | 1,166.00 | NA | NA | 0.00 | 0.00 |
| CCS / FIRST SAVINGS BANK | Uns | 1,094.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 196.00 | 225.19 | 225.19 | 30.76 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 242.00 | 284.11 | 284.11 | 51.60 | 0.00 |
| DASH OF CASH | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 2,620.00 | 2,645.86 | 2,645.86 | 480.57 | 0.00 |
| ELASTIC LINE OF CREDIT | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 905.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 1,069.00 | 1,069.53 | 1,069.53 | 194.26 | 0.00 |
| FSB BLAZE | Uns | 471.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,836.00 | 1,642.26 | 1,642.26 | 298.29 | 0.00 |
| COMENITY CAPITAL BANK/PAYPAL | Uns | 3,107.00 | 3,192.84 | 3,192.84 | 579.93 | 0.00 |
| RADIANT CASH | Uns | 870.00 | NA | NA | 0.00 | 0.00 |
| RISE CREDIT | Uns | 3,217.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 9,189.00 | 6,154.74 | 6,154.74 | 1,117.90 | 0.00 |
| ECAST SETTLEMENT | Uns | 191.00 | 191.96 | 191.96 | 31.98 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 4,446.00 | 4,446.69 | 4,446.69 | 807.67 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,711.00 | 1,756.66 | 1,756.66 | 319.07 | 0.00 |
| TURNER ACCEPTANCE CORP | Uns | 2,670.00 | 2,705.88 | 2,705.88 | 491.48 | 0.00 |
| US BANK | Uns | 411.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 875.00 | 813.30 | 813.30 | 147.72 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,689.00 | 1,821.09 | 1,821.09 | 330.77 | 0.00 |
| US BANK HOGAN LOC | Uns | 862.00 | NA | NA | 0.00 | 0.00 |
| WORLD'S FOREMOST BANK- | Uns | 1,051.00 | 1,327.18 | 1,327.18 | 241.06 | 0.00 |
| CAVALRY INVESTMENTS LLC | Uns | 0.00 | 20,044.13 | 20,044.13 | 3,640.67 | 0.00 |
| CAVALRY INVESTMENTS LLC | Uns | 0.00 | 5,331.60 | 5,331.60 | 968.40 | 0.00 |
| BECKET & LEE LLP | Uns | 0.00 | 325.18 | 325.18 | 59.07 | 0.00 |
| BECKET & LEE LLP | Uns | 0.00 | 987.57 | 987.57 | 179.37 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 408.15 | $ 408.15 | $ 12.90 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 408.15 | $ 408.15 | $ 12.90 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 7,638.11 | $ 7,638.11 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 7,638.11 | $ 7,638.11 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 69,153.99 | $ 12,519.15 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 6,342.81 |
| Disbursements to Creditors | $ 20,578.31 |
| **TOTAL DISBURSEMENTS:** | $ 26,921.12 |

UST Form 101-13-FR-S (9/1/2009)

12)  The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date:  06/20/2018            By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)